IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KELLI GOODIN, et al., | ) | CIVIL NO 06-00344 JMS-BMK |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| INNOVATIVE TECHNICAL | ) | |
| SOLUTIONS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER ADOPTING REPORT OF SPECIAL MASTER

A Report of Special Master having been filed and served on all parties on

May 17, 2007, and Plaintiffs filing a Statement of No Opposition to the Report,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28,

United States Code, Section 636 (b)(2) and Local Rule 53.1, the Report of Special

Master is adopted as the opinion and order of this court.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, May 25, 2007.



/s/ J. Michael Seabright
_____
J. Michael Seabright
United States District Judge